# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2564
_____

WALTER LEE WRIGHT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


April 9, 2025


PER CURIAM.

DISMISSED.

ROBERTS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Walter Lee Wright, pro se, Petitioner.

No Appearance for Respondent.